# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --

Sulphur Springs Valley Electric Cooperative, Inc.

Under Contract No. W9124A-04-C-0011

)
)
)  ASBCA No. 60839
)
)

APPEARANCES FOR THE APPELLANT:

Brett W. Johnson, Esq.
Colin P. Ahler, Esq.
Jason Ebe, Esq.
  Snell & Wilmer LLP
  Phoenix, AZ

APPEARANCES FOR THE GOVERNMENT:

Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
Frank A. March, Esq.
  Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 5 April 2017

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60839, Appeal of Sulphur Springs Valley Electric Cooperative, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals